BARNEY & SMITH CAR CO., Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO. et al., Appellants. SAME, Appellant, v. FLINT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Actions by the Barney & Smith Car Company against the Syracuse Rapid-Transit

Railway Company and others, and against Charles R. Flint and others. No opinion. Cases settled since argument.